# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

(1)Robert Smith

Plaintiff(s)

vs. Case Number: 4:15-CV-00404-CVE-TLW

(1)Barnett Outdoors LLC, et al.

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Dick's Sporting Goods, Inc.

[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☑ YES ☐ NO

2. **Does party have any parent corporations?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 3rd day of September, 2015.


s/Lance C. Cook
Signature

Lance C. Cook #21143
Printed Name Bar Number

Hiltgen & Brewer
Firm Name

9505 North Kelly Avenue
Address

Oklahoma City OK 73131
City State ZIP

(405) 605-9000 (405) 605-9010
Phone Fax

lcook@hiltgenbrewer.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

James R. Lloyd II

I hereby certify that on ____________________ (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/Lance C. Cook

Signature